1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM LUSK, III,                      No.  2:15-cv-2238 DB P

12                    Plaintiff,

13         v.                                  ORDER

14    DET. SILVA, et al.,

15                    Defendants.

16

17         Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C.

18    § 636(c).  By order filed June 7, 2016, plaintiff's complaint was dismissed and thirty days leave

19    to file an amended complaint was granted.  On June 15, 2016, plaintiff filed a change of address.

20    On June 21, 2016, a copy of the June 7 order was served on plaintiff at that new address.  Thirty

21    days from that June 21 date have now passed, and plaintiff has not filed an amended complaint, or

22    otherwise responded to the court's order.

23         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

24    See Local Rule 110; Fed. R. Civ. P. 41(b).

25    Dated:  August 28, 2016

26

27                                            _____

28                                            DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

1

1

DLB:9
DLB1/prisoner-civil rights/Lusk2238.fta.consent

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28